UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 06-119

UNITED STATES OF AMERICA,            PLAINTIFF

v.            **ORDER**

JERRY LEE SHACKLEFORD,            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on Defendant's Objections [R. 50] to the Magistrate Judge's Report and Recommendation entered herein on January 9, 2007. [R. 48] For reasons stated below, the objections are OVERRULED and the Court will adopt the Magistrate's recommended disposition of the case.

### Procedural History

Defendant filed his motion to suppress on December 18, 2006. The matter was fully briefed and a hearing was conducted by the United States Magistrate Judge at which evidence was taken. The Magistrate Judge entered a Report and Recommendation on January 9, 2007. [R. 48] Defendant filed objections to the proposed findings and disposition. The matter is fully briefed and ripe for review.

### Ruling

In reviewing the proposed findings of a magistrate judge who heard testimony regarding a suppression motion, the trial court is not required to rehear the testimony. *U.S. v. Raddatz*, 447 U.S. 667 (1980). Neither party has requested a hearing before the trial court, and having reviewed the briefs and the transcript of the evidentiary hearing, the Court finds none is warranted. Moreover, the Court finds that the objections to the Magistrate

Judge's report [R. 50], were all addressed in the Report and Recommendation. In considering the report de novo, the Court finds that the Magistrate's conclusions are supported by the evidence and therefore adopts the report as its opinion on the motion to dismiss.

WHEREFORE,

(1) Defendant's objections to the Magistrate's Report on the Motion to Suppress are OVERRULED;

(2) The Court adopts the Magistrate's Report as its own opinion on the motion; and

(3) the Motion to Suppress is DENIED.

Dated this 1st day of February, 2007.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**